WILLARD J. DENNO, EXECUTOR, ESTATE OF MABEL R. DENNO, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

CAROLINE R. PIERSON, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket Nos. 2304, 2305, 33162.   Promulgated May 8, 1929.

*Harry J. Gerrity, Esq.*, for the petitioners.
*F. R. Shearer, Esq.*, for the respondent.

404

OPINION.

LITTLETON: The identical question here presented was considered by the Board on account of other beneficiaries of the same trust which is now before us in *Detroit Trust Co. et al., Executors,* 16 B. T. A. 207, and the conclusion there reached makes necessary a denial of the petitioners' contentions. While the theory advanced by the petitioners in the instant proceedings was somewhat different from that presented in the *Detroit Trust Co.* case, we fail to see wherein the contentions here advanced have not been fully answered by court and Board cases heretofore decided. (See authorities cited in *Detroit Trust Co. et al., Executors, supra.*)

*Judgment will be entered for the respondent.*